No. A–765. PATTERSON ET AL. *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF FRESNO ET AL. Sup. Ct. Cal. Application for stay, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. Stay heretofore granted by MR. JUSTICE DOUGLAS on March 21, 1975, *post,* p. 1301, is vacated. MR. JUSTICE DOUGLAS dissents from Court's order vacating his previous stay.

No. D–45. IN RE DISBARMENT OF MITCHELL. It is ordered that John Newton Mitchell, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this matter.

No. D–46. IN RE DISBARMENT OF MARDIAN. It is ordered that Robert Charles Mardian, of Phoenix, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this matter.

No. 73–1888. UNITED STATES *v.* ALASKA. C. A. 9th Cir. [Certiorari granted, 419 U. S. 1045.] Motion of respondent for divided argument granted.

No. 74–466. DUNLOP, SECRETARY OF LABOR *v.* BACHOWSKI ET AL. C. A. 3d Cir. [Certiorari granted, 419 U. S. 1068.] Motion of United Steelworkers of America, AFL–CIO, for additional time to present oral argument denied. The alternative request for divided argument granted only if the Solicitor General agrees to cede some of the time allotted petitioner for oral argument.